WILLIAM P. PERLEY *vs.* INHABITANTS OF GEORGETOWN.

A town is not liable for an arrest and imprisonment, by its collector, for nonpayment of taxes, illegally included in his warrant, and since abated, although it afterwards pays the collector's fees for serving the warrant, and the charges of the imprisonment.

ACTION OF TORT for an assault and false imprisonment. Trial before *Merrick*, J., who reported to the full court the question whether the plaintiff could maintain his action upon this evidence:

The assessors of Georgetown illegally assessed a tax against the plaintiff for 1853, and made their warrant in due form of law to the town treasurer and collector, for its collection; and subsequently abated part of the tax, and the plaintiff paid the residue to the treasurer. The treasurer afterwards demanded payment of a further amount, and, on the plaintiff's refusal issued a warrant to a constable, who arrested the plaintiff and committed him to jail for fifteen days, at the end of which he was discharged by *habeas corpus*. The defendants afterwards paid the constable's fees and charges for serving and executing said warrant, and also the jailer's charges for the board and maintenance of the plaintiff while so detained in custody.

*S. B. Ives, Jr.* for the plaintiff.

*A. A. Abbott*, for the defendants.

METCALF, J. A town cannot be made liable for the illegal acts of its officers or agents, unless those acts are done under its authority previously conferred, or are subsequently ratified by the town. In this case, the town did not authorize its treasurer and collector to commit the plaintiff to prison for not paying a tax that had been abated, nor did it ratify the act of imprisonment, by paying the collector's fees for commitment, and the jailer's charges. If these payments had been made by an individual, it could not be pretended that he thereby made himself liable to the plaintiff in an action for false imprisonment. Nor can payment thereof by the town render the town so liable. The payments may have been made, and doubtless were made, for a very different purpose than that of ratifying or justifying the acts of their collector. *Plaintiff nonsuit.*